UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH CLOSSON,

Plaintiff,

v.

D. GAYDESKI, et al.,

Defendants.

Case No. C26-6000-RSM-SKV

ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 22nd day of September, 2026.

S. Kate Vaughan

S. KATE VAUGHAN
United States Magistrate Judge

///